CAROLINE L. FOWLER, City Attorney (SBN 110313)
JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404
Telephone:  (707) 543-3040
Facsimile:   (707) 543-3055

Attorneys for Defendants
CITY OF SANTA ROSA, SANTA ROSA POLICE DEPT.; BRETT SIWY, an individual and officer of the SRPD; and MICHAEL PAETZOLD, an individual and officer of the SRPD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BURAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SANTA ROSA, a government entity; SANTA ROSA POLICE DEPARTMENT, a government entity; BRETT SIWY, individually; MICHAEL PAETZOLD, individually; and  DOES 1 to 20, inclusive,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. C 15-1070 TEH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE CONTINUANCE OF MANDATORY SETTLEMENT CONFERENCE**<br><br>Date:  October 9, 2015<br>Time: 11:00 a.m.<br>Ctrm: 4, 3rd Floor<br>　　　1301 Clay St.<br>　　　Oakland, CA 94612<br><br>Before:  Mag. Judge Donna M. Ryu |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　　IT IS HEREBY STIPULATED by and between plaintiff MARK BURAS (BURAS) and Defendants CITY OF SANTA ROSA, a government entity; SANTA ROSA POLICE DEPARTMENT, a government entity; BRETT SIWY; MICHAEL PAETZOLD (collectively, CITY), through their respective counsel of record, as follows:

　　　　1.　　The Court's Minute Entry dated June 16, 2015 (Doc. 18) orders that Settlement Conference to be completed within 120 days.

　　　　2.　　Counsel of record Fritsch and Rush met and conferred, and agreed upon the discovery necessary to facilitate a productive Settlement Conference.  To wit, CITY

1

1 undertook to obtain the testimony of plaintiff BURAS and percipient witness Sirkka Erkkila.  Plaintiff undertook to obtain the testimony of Officers SIWY and PAETZOLD, and witness Officer Berg.

3. Plaintiff BURAS' deposition is complete;

4. Witness Erkkila appeared for her deposition via CITY subpoena on September 11, 2015.  After several hours, witness Erkkila adjourned the deposition to go to work.  Attempts to contact and reschedule her deposition have been unsuccessful to date.

5. Plaintiff BURAS noticed the depositions of Officers SIWY and PAETZOLD for September 25, 2015.  Officer SIWY is presently assigned to Investigations, and was called out late in the evening on September 24, 2015 to investigate a hash lab explosion, and was continuing to work that investigation at the scheduled time of his deposition on September 25, 2015 at 9:00 a.m.   The incident is reported here: http://www.pressdemocrat.com/news/4528615-181/santa-rosa-man-injured-in?gallery=4529549

By agreement of counsel, the depositions of the officers are to be re-scheduled.

6. This matter is set for a Mandatory Settlement Conference before Magistrate Judge Ryu on October 9, 2015;

7. Counsel for defendants and plaintiff BURAS agree that in the interests of judicial economy and justice, all would benefit from a continuance of the period for the Settlement Conference to be completed to be extended an additional 60 days to a date in December 2015 or a period to be determined by the court.

SO STIPULATED:

Dated: September 29, 2015

/s/ *signature authorized*

James Rush
Attorney for Plaintiff
MARK BURAS

//

2

Dated: September 29, 2015                      OFFICE OF THE CITY ATTORNEY

                                                                              /s/ *John J. Fritsch*
                                                                              John J. Fritsch
                                                                              Assistant City Attorney
                                                                              Attorney for Defendants
                                                                              CITY OF SANTA ROSA, Det. BRETT SIWY and Officer MICHAEL PAETZOLD

## **ORDER**

GOOD CAUSE APPEARING, the period for the Settlement Conference to be completed to be extended an additional 60 days to a date in December 2015. ~~The present Settlement Conference date is vacated~~.

Updated Case Management Conference Statements shall be due on 01/04/16 ;

A further Case Management Conference shall be held on 01/11/16 at 1:30 PM

IT IS SO ORDERED.

Dated: 09/30/2015

_____
Hon. Thelton E. Henderson
Judge, U.S. District Court