1  CAROLINE L. FOWLER, City Attorney (SBN 110313)
   JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404
   Telephone:  (707) 543-3040
4  Facsimile:   (707) 543-3055

5  Attorneys for Defendants
   CITY OF SANTA ROSA, SANTA ROSA POLICE DEPT.; BRETT SIWY,
6  an individual and officer of the SRPD; and MICHAEL PAETZOLD, an individual
   and officer of the SRPD
7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| MARK BURAS, | CASE NO. C 15-1070 TEH |
| Plaintiff, | **ADMINISTRATIVE MOTION OF DEFENDANTS RE REQUEST FOR ORDER RE SETTLEMENT CONFERENCE PRESENTATION EQUIPMENT; ORDER THEREON** |
| v. | |
| CITY OF SANTA ROSA, a government entity; SANTA ROSA POLICE DEPARTMENT, a government entity; BRETT SIWY, individually; MICHAEL PAETZOLD, individually; and DOES 1 to 20, inclusive, | Date:  December 14, 2015<br>Time:  11:00 a.m.<br>Ctrm:  4, 3rd Floor<br>1301 Clay St., Oakland, California |
| Defendants. | Before: Mag. Judge Donna M. Ryu |

TO THE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to the procedure set forth in the Court's Pretrial Procedures, Defendants submit the following Administrative Motion requesting authority re order re hearing presentation equipment.

Jason Lisica is retained by counsel for defendants for the purpose of presentation of evidence in this hearing.  Mr. Lisica has presented evidence in several Northern District courtrooms, and is familiar with the technical and physical specifications of the courtrooms including Courtroom 4.

Mr. Lisica will bring the following equipment to the December 14, 2015 Settlement Conference:

1

1. 1 laptop
2. 1 VGA monitor
3. 1 17-inch monitor
4. Connector cables and power extension cords
5. 1 projector
6. 1 projection screen
7. 1 speaker.

Dated: December 8, 2015

/s/ *John J. Fritsch*

John J. Fritsch
Assistant City Attorney
Attorney for Defendants
CITY OF SANTA ROSA, BRETT SIWY
and MICHAEL PAETZOLD

## **ORDER**

GOOD CAUSE APPEARING, IT IS ORDERED:

The above equipment shall be allowed into the Federal Building generally, and into Courtroom 4 specifically, of the United States District Court, 1301 Clay St., Oakland, California in the custody of Jason Lisica or counsel for the defendants for purposes of Settlement Conference beginning on December 14, 2015, at 11:00 a.m.

Dated: Dec. 11, 2015

DONNA M. RYU
United States Magistrate Judge

IT IS SO ORDERED
Judge Donna M. Ryu

2

Admin Motion re Request for Presentation in Courtroom, Case No. C 15-1070 TEH