UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK BURAS,

        Plaintiff,

  v.

CITY OF SANTA ROSA, et al.,

        Defendants.

Case No. 15-cv-01070-TEH

**ORDER CONTINUING HEARING AND TRIAL DATES**

The Court has reviewed the parties' stipulation to continue the summary judgment hearing schedule and trial dates.  Counsel for Plaintiff states she has a pre-planned vacation the last two weeks of July, but she does not state whether this was planned before or after she substituted in as counsel on May 17, 2016.  Nor does she explain why her unavailability for the hearing warrants an extension of the briefing schedule.

Nonetheless, the Court GRANTS IN PART and DENIES IN PART the parties' stipulation as follows:

1. The opposition to the motion for summary judgment shall be filed by **July 6, 2016**, and the reply shall be filed by **July 26, 2016**.  The hearing is continued to **August 15, 2016, at 10:00 AM**.

2. Trial is continued to **October 18, 2016**.

3. The pretrial conference shall be held on **October 3, 2016, at 3:00 PM**.  The parties' proposed pretrial schedule is otherwise adopted.

**IT IS SO ORDERED.**

Dated: 06/27/16

                                      THELTON E. HENDERSON
                                      United States District Judge