1  TERESA L. STRICKER, Interim City Attorney (SBN 160601)
   JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404
   Telephone:  (707) 543-3040
4  Facsimile:   (707) 543-3055

5  Attorneys for Defendants
   CITY OF SANTA ROSA, SANTA ROSA POLICE DEPT.; BRETT SIWY,
6  an individual and officer of the SRPD; and MICHAEL PAETZOLD, an individual
   and officer of the SRPD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARK BURAS,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF SANTA ROSA, a government entity; SANTA ROSA POLICE DEPARTMENT, a government entity; BRETT SIWY, individually; MICHAEL PAETZOLD, individually; and DOES 1 to 20, inclusive,<br><br>          Defendants.<br>_____/ | CASE NO. C 15-1070 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER RE REASSIGNMENT TO MAGISTRATE JUDGE RYU FOR FURTHER CONFERENCE; CONTINUANCE OF TRIAL AND RELATED DATES**<br><br>Trial Date:  October 18, 2016<br>Time:        9:00 a.m.<br>Ctrm:        2, 17th Fl.<br>             450 Golden Gate Ave., S.F.<br>Judge:       Hon. Thelton E. Henderson |
|---|---|

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between plaintiff MARK BURAS (BURAS) and Defendants CITY OF SANTA ROSA, a government entity; SANTA ROSA POLICE DEPARTMENT, a government entity; BRETT SIWY; MICHAEL PAETZOLD (collectively, CITY), through their respective counsel of record, as follows:

1.  Counsel for defendants and plaintiff BURAS hereby request that the court re-assign this matter for further Mandatory Settlement Conference before Magistrate Judge Donna Ryu.

2.  To conserve and potentially avoid expenses related to expert discovery

1

1  and pre-trial preparation, and to foster settlement prospects, counsel for defendants and
2  plaintiff BURAS hereby request either that the trial date in this matter be continued to a
3  trial date commencing the second week of January 2017, or a date after that, or that the
4  Court set a further Case Management Conference date.

5      3.    Upon assignment of a continued trial date, all pre-trial dates shall be
6  derived from the newly assigned trial date.

7      SO STIPULATED:

8  Dated: August 12, 2016        LAW OFFICES OF ANDRIAN & GALLENSON

10          /s/ *signature authorized*
        By:_____
11          Jane Gaskell
        Attorney for Plaintiff
        MARK BURAS

13  Dated: August 12, 2016        OFFICE OF THE CITY ATTORNEY

15          /s/ *John J. Fritsch*
        By: _____
16          John J. Fritsch
        Assistant City Attorney
17          Attorney for Defendants
        CITY OF SANTA ROSA, Det.
18          BRETT SIWY and Officer
        MICHAEL PAETZOLD

20  **ORDER**

21  GOOD CAUSE APPEARING, the present trial date of October 18, 2016 is
22  vacated, and a further Case Management Conference shall be held on __November 7, 2016__ at
23  __1:30 PM__, and the parties shall submit an updated Joint Statement ten days prior to the
24  Conference. The parties shall contact Judge Ryu's chambers immediately to schedule a further settlement conference. If the case does not settle, the Court will set a new trial date at the CMC.
25  IT IS SO ORDERED.

26  Dated: __8/17/2016__        _____
27          Hon. Judge Thelton E. Henderson
        Senior Judge, U.S. District Court